**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ☑ LA ☐ RS ☐ SA    DATE FILED: 12/6/2024 |
| PLAINTIFF | CASE NUMBER: 2:24-mj-07241-DUTY  ☐ Under Seal |
| | INIT. APP. DATE: 12/9/2024     TIME: 1:30 PM |
| v. | CHARGING DOC: Complaint & Warrant |
| Thomas Stewart A R obertson | DEFENDANT STATUS: In Custody |
| | ☐ PREVIOUSLY CALENDARED HOSPITALIZED DEFENDANT |
| DEFENDANT. | VIOLATION: 18 ISC 3184 |
| | COURTSMART/REPORTER: C/S 12/09/2024 |

| PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE  A. Joel Richlin | CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE |
|---|---|

PRESENT:  Claudia Garcia-Marquez          John Lutellan          N/A
Deputy Clerk          Assistant U.S. Attorney          Interpreter / Language

- ☐ INITIAL APPEARANCE NOT HELD - CONTINUED
- ☑ Court issues Order under Fed. R. Crim. P. 5(f) concerning prosecutor's disclosure obligations; see General Order 21-02 (written order).
- ☑ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and ☐ preliminary hearing OR ☐ removal hearing / Rule 20.
- ☐ Defendant states true name ☐ is as charged ☐ is ___
- ☐ Court ORDERS the caption of the Indictment/Information be changed to reflect defendant's different true name. Counsel are directed to file all future documents reflecting the true name as stated on the record.
- ☑ Defendant advised of consequences of false statement in financial affidavit. All financial affidavits must be filed under seal.
- ☑ Attorney: Mara Gonzalez Souto    ☐ Retd. ☑ Apptd. ☐ Prev. Apptd. ☑ DFPD ☐ Panel ☐ Poss. Contribution
  Ordered (see separate order) ☐ Special appearance by: ___
- ☑ Government's request for detention is: ☑ GRANTED ☐ DENIED ☐ WITHDRAWN ☐ CONTINUED
- ☐ Contested detention hearing is held. ☑ Defendant is ordered: ☑ Permanently Detained ☐ Temporarily Detained (see separate order)
- ☐ BAIL FIXED AT $ ___ (SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)
- ☑ Government moves to UNSEAL Complaint/Indictment/Information/Entire Case: ☑ GRANTED ☐ DENIED with exception of, (see below) on other
- ☐ Preliminary Hearing waived.    ☐ Class B Misdemeanor    ☐ Defendant is advised of maximum penalties
- ☐ This case is assigned to Magistrate Judge ___. Counsel are directed to contact the clerk for the setting of all further proceedings.
- ☐ PO/PSA WARRANT    ☐ Counsel are directed to contact the clerk for District Judge ___ for the setting of further proceedings.
- ☐ Preliminary Hearing set for ___ at 11:30 AM    in Los Angeles
- ☐ Post-Indictment Arraignment set for: ___ at 8:30 AM    in Los Angeles
- ☐ Government's motion to dismiss case/defendant ___ only: ☐ GRANTED ☐ DENIED
- ☐ Defendant's motion to dismiss for lack of probable cause: ☐ GRANTED ☐ DENIED
- ☐ Defendant executed Waiver of Rights. ☐ Process received.
- ☐ Court ORDERS defendant Held to Answer to ___ District of ___
  - ☐ Bond to transfer, if bail is posted. Defendant to report on or before ___
  - ☐ Warrant of removal and final commitment to issue. Date issued: ___ By CRD: ___
  - ☐ Warrant of removal and final commitment are ordered stayed until ___.
- ☑ Case continued to (Date) 12/19/2024    (Time) 11:00 ☑ AM / ☐ PM
- ☑ Type of Hearing: Status Conference Before Judge A. Joel Richlin ☐ Duty Magistrate Judge. Proceedings will be held in the ☐ Duty Courtroom ___ ☑ Judge's Courtroom 780
- ☐ Defendant committed to the custody of the U.S. Marshal ☐ Summons: Defendant ordered to report to USM for processing.
- ☐ Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.
- ☐ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.
- ☐ Electronic Release Order issued (if issued using Release Book: Release Order No. ___).
- ☑ Other: Financial affidavit, Request for certification of extradition, & exhibits to remain SEAL is granted.

Deputy Clerk Initials CGM
: 17 min

RECEIVED: ☑ PSA ☐ PROBATION ☑ FINANCIAL ☑ CR-10    ☑ READY

M-5 (10/23)    CALENDAR/PROCEEDINGS SHEET - LOCAL/OUT-OF-DISTRICT CASE    Page 1 of 1